UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE MARCO A. RAMIREZ, § § § | |
| Petitioner. § § § | CIVIL ACTION NO.   M-15-228 |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Petitioner Marco A. Ramirez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which had been referred to the Magistrate Court for a report and recommendation.  On January 12, 2016, the Magistrate Court issued the Report and Recommendation, recommending that Petitioner's § 2241 petition for writ of habeas corpus be denied, and that this action be dismissed as moot.  The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1]  Finding no clear error, the Court adopts the Report and Recommendation in its entirety.  Accordingly, it is hereby ORDERED that Petitioner's § 2241 Petitioner for Writ of Habeas Corpus is **DENIED**, and that this action is **DISMISSED** as moot.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of February, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Douglas v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting FED. R. CIV. P. 72(b) advisory committee's note (1983)) *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in* ACS Recovery Servs., Inc. v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. Apr. 2, 2012).